# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

WAYMOND ANDERSON,

          Petitioner,

     v.

BRIAN HAWS, Warden,

          Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. CV 10-1865-DSF (JEM)

ORDER ADOPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Amended Report and Recommendation has expired, and no Objections have been filed.  The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

      **IT IS HEREBY ORDERED** that Respondent's Motion to Dismiss the Petition as untimely be granted and that judgment be entered denying and dismissing the Petition for Writ of Habeas Corpus with prejudice.

1/6/11

DATED: _____

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE