# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMOND ANDERSON,<br><br>        Petitioner,<br><br>    v.<br><br>BRIAN HAWS, Warden,<br><br>        Respondent. | Case No. CV 10-1865-DSF (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: 1/6/11

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE